01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  JOANNE L. ANSTEAD,                      )
                                            )   CASE NO. C11-6021-TSZ-MAT
09        Plaintiff,                        )
                                            )
10        v.                                )
                                            )   REPORT AND RECOMMENDATION
11  MICHAEL ASTRUE,                         )
    Commissioner of Social Security,        )
12                                          )
          Defendant.                        )
13  _____ )

14        Plaintiff brought this action to seek judicial review of the denial of his applications for

15  Disability Insurance Benefits (DIB) by the Commissioner of the Social Security

16  Administration. The parties have now stipulated that this case should be reversed and

17  remanded pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. 17.)

18        Based on the stipulation of the parties, the Court recommends that this case be

19  REVERSED and REMANDED for further administrative proceedings. The parties have

20  stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide a de novo

21  hearing and plaintiff may raise any issue; (2) amend the alleged onset date to November 1,

22  2006; (3) reevaluate all medical source evidence and opinions that pertain to the period at issue,

REPORT AND RECOMMENDATION
PAGE -1

including that of Debra Lynn Hughes, D.O.; (4) obtain medical expert testimony if warranted; (5) evaluate lay witness statements of Tonia Elby and Rob Anstead; (6) reevaluate plaintiff's credibility and residual functional capacity; and (7) continue the sequential evaluation process, obtaining supplemental vocational expert testimony as warranted.  Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Given the above, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this <u>24th</u> day of August, 2012.

Mary Alice Theiler
United States Magistrate Judge