01
02
03
04

05              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
06                         AT SEATTLE

07  JOANNE L. ANSTEAD,                )
                                      )   CASE NO. C11-6021-TSZ
08        Plaintiff,                  )
                                      )
09        v.                          )
                                      )   ORDER OF REMAND
10  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
11                                    )
          Defendant.                  )
12  _____ )

13      The parties filed a stipulated motion to reverse and remand this case for further

14  administrative proceedings, docket no. 17.  It is therefore ORDERED:

15      (1)   The Court adopts the Report and Recommendation, docket no. 18;

16      (2)   The Court REVERSES and REMANDS this matter for further administrative

17            proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and

18      (3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19      DATED this 30th day of August, 2012.

20
                                        _____
21                                      THOMAS S. ZILLY
                                        United States District Judge
22

ORDER OF REMAND
PAGE -1