UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOANNE L. ANSTEAD, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br> MICHAEL J. ASTRUE, )<br> Commissioner of Social Security, )<br>  )<br>   Defendant. )<br>_____ ) | CASE NO. C11-6021-TSZ<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings, docket no. 17.   It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation, docket no. 18;

(2)   The Court REVERSES and REMANDS this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 30th day of August, 2012.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge

ORDER OF REMAND
PAGE -1